IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re:

William C. Aubiel            Case No. 13-33816 JPG

       Debtor(s)      )      Chapter 7

                        )      Judge John P. Gustafson

---

Daniel M. McDermott            Ad. Pro. No. 13-3192
United States Trustee

       Plaintiff

vs.

William C. Aubiel

       Defendant

## **NOTICE OF JOINT STIPULATED DISMISSAL**

       Now comes Daniel M. McDermott, United States Trustee, Ohio/Michigan, Region 9, and Defendant, by and through Counsel, Donald R. Harris, Esq., and file this Notice of Stipulated Dismissal of the instant adversary proceeding.

                                       Respectfully submitted,

                                       Daniel McDermott
                                       United States Trustee, Region 9

                                   By:/s/ Linda Maria Battisti
                                       Linda Maria Battisti (#0017046)
                                       Trial Attorney
                                       U. S. Department of Justice
                                       Office of the U.S. Trustee
                                       201 Superior Avenue East, Ste. 441
                                       Cleveland, Ohio 44114

                       1

        (216) 522-7800, ext. 255  
        (216) 522-7193 (facsimile)  
        Linda.Battisti@usdoj.gov

And

        s/s Donald R. Harris  
        Donald R. Harris by LMBattisti  
        Counsel for Defendant  
        158 Columbus Avenue  
        Sandusky, Ohio   44870  
        (419) 621-9388  
        (419) 239-2313 (facsimile)  
        donharris_dhc@sbcglobal.net